No. 1203, Misc.   OSBORNE *v.* TAYLOR, WARDEN.   C. A. 10th Cir.   Certiorari denied.   Petitioner *pro se.   Solicitor General Cox, Assistant Attorney General Marshall, Harold H. Greene* and *Gerald P. Choppin* for respondent.

No. 1217, Misc.   FRISON *v.* CLEMMER, CORRECTIONS DIRECTOR.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   Petitioner *pro se.   Solicitor General Cox, Assistant Attorney General Marshall* and *Harold H. Greene* for respondent.

No. 1249, Misc.   JONES *v.* TAYLOR, WARDEN, ET AL. C. A. 10th Cir.   Certiorari denied.   Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Marshall, Harold H. Greene* and *Howard A. Glickstein* for respondents.

No. 1264, Misc.   PURVIS *v.* SUPERIOR COURT OF ALAMEDA COUNTY.   Supreme Court of California.   Certiorari denied.   *Herman W. Mintz,* for petitioner.   *Stanley Mosk,* Attorney General of California, *Arlo Smith,* Chief Assistant Attorney General, and *Albert W. Harris, Jr.* and *John F. Kraetzer,* Deputy Attorneys General, for respondent.

No. 1273, Misc.   WILLIAMS *v.* TAYLOR, WARDEN.   C. A. 10th Cir.   Certiorari denied.   Petitioner *pro se.   Solicitor General Cox, Assistant Attorney General Marshall* and *Harold H. Greene* for respondent.

No. 1287, Misc.   FERGUSON *v.* OHIO.   Supreme Court of Ohio.   Certiorari denied.   Petitioner *pro se.   John T. Corrigan* for respondent.